Ivan Greenhut
Federal Prison Number 69567-112
FCI Terminal Island
Post Office Box #3007
San Pedro, CA. 90733-3007
Petitioner In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
06/13/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: kss DEPUTY

"Donatello," "Jenny," and William L.E. Dussault
Next friend for "Violet," a minor,

"Plaintiffs,

V.

Ivan Greenhut,

Case No. 2:19-CV-2686 PA (GJSx)

United States District Court
Central District of California

In Pro Se       Request For Stay

Petitioner requests a stay so that he may fairly and reasonably work with his attorney directly. Petitioner after First Step adjustment for 7 additional days on July 21 will give petitioner an exit date of Dec. 8 of 2020. Petitioner is entitled to 5 months home confinement which puts his release at approximately July of 2020. Petitioner cannot effectively fight his case and meet and confer with counsel other than with tremendous cost and difficulty. For example an attorney visit would have to be on a weekend, and cause many hours of waiting at the prison and travel time. On release I could quickly visit my la for 1 hours, if he comes to see me the billing could be 8 or more hours.

Stay also needed to find + fund a specialized Attorney

Plaintiff also has a Motion for Compassionate release in front of Judge Snyder pending and could cause a release within month or 2 if successful. At a minimum Petitioner requests 120 days for time to sell his home so that he can finance his defense. His house is currently on the market.

Petitioner also requests for efficiency of the case that this case be heard by Judge Christina A. Snyder who is most famil with petitioner and petitioners underlying criminal case, as well as his motion for compassionate release.

Petitioner requests that any hearings be done by video conference or that marshals drive petitioner to and from the hearing without any stay at MDC LA. The trip is only 1 hour each way. Petitioner was at MDC LA for 13 months and on a protecti custody floor. Petitioner was returned to MDC for writs twice and PC floors were disbanded and petitioner had 2 stays of 30 days each in the SHU. Petitioner suffers nightmares and PTSD like symptoms to this day over those horrific stays.

Petitioner apologizes for the quick cut and paste nature of these motions, we have been locked down with all personal property removed for a scabies outbreak for the last 7 days, inclusive of all legal materials.

Thank you, Ivan Greenhut

[signature]

## Certificate of Service

I, Ivan Greenhut hereby certify that on this 10th day of June, 2019, that I sent first class postage prepaid, or other delivery charges prepaid, by depositing said documents herein-listed with prison authorities at the mailroom of the Federal Correctional Institution at Terminal Island, for mailing through the United States Postal Service, pursuant to Houston v. Lack, 487 U.S./266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) "holding that a Pro Se prisoner's filing was deemed filed on the date of delivery to prison authorities for filing with the Court, mailing copies of the foregoing:

### Request for Stay
to the following individuals and/or entities:

John A. Kawai
Carpenter, Zuckerman & Rowley
407 Bryant Circle   Suite F
Ojai, CA. 93023

Federal Correctional Institution
P.O. Box 5
Lompoc[?]

Legal Mail

69567-112
Us Courthouse
4th Floor
350 W 1ST ST
Judge Percy Anderson
LOS Angeles, CA 90012
United States

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 13 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

