John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, Pro Hac Vice
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Donatello

Carol L. Hepburn, Pro Hac Vice
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Donatello, William L.E.
Dussault GAL for Violet and Jenny

## DENIED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "DONATELLO," "JENNY," and WILLIAM L.E. DUSSAULT, Guardian ad Litem for "VIOLET," a minor,<br><br>Plaintiffs,<br><br>v.<br><br><br>IVAN GREENHUT,<br>Defendant. | CASE NO.:   2:19-CV-2686-PA (GJSX)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT SEPTEMBER 16, 2019 HEARING RE SCHEDULING MEETING OF COUNSEL.**<br><br>*Assigned to Hon. Percy Anderson* |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

John A. Kawai, Esq., Counsel for Plaintiffs respectfully requests to appear via telephone for the Scheduling Meeting Of Counsel scheduled on September 16, 2019 at 10:30 a.m., in

1  chambers of Hon. Percy Anderson.

2      Mr. Kawai is unable to appear in person for the Status Conference Hearing in this matter

3  due to other litigation matters schedule on the morning as this hearing.  Therefore, a telephonic

4  appearance is requested and would be deeply appreciated.

7  DATED: September 6, 2019      **CARPENTER, ZUCKERMAN & ROWLEY, LLP**

By:    /s/ John A. Kawai
JOHN A KAWAI, ESQ.
407 Bryant Circle, Suite F
Ojai, CA 93023
805 272-4001
Attorneys for Plaintiffs

CAROL L. HEPBURN, P.S.

By: /s/ Carol L. Hepburn
Carol L. Hepburn , Pro Hac Vice
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Attorneys for Plaintiffs

DEBORAH A. BIANCO, PLLC

By /s Deborah A. Bianco
Deborah A. Bianco, Pro Hac Vice
14535 Bel-Red Road, #201
Bellevue, WA 98007
Email:  deb@debbiancolaw.com
Attorneys for plaintiffs

24  To obtain relief you must either file a noticed motion or an ex parte application.  "Requests" are not authorized by the local rules of this Court or the Federal Rules of Civil Procedure.  Moreover, counsel must submit a proposed order.  Accordingly, the "Request" is denied.

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
09/11/19