John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F
Ojai, CA 93023
805-272-4001
jk@czrlaw.com
Attorney for Plaintiffs

Carol L. Hepburn, *Admitted Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Attorneys for Plaintiffs Donatello, William L.E. Dussault GAL for Violet and Jenny

Deborah A. Bianco, *Admitted Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Of Attorney for Plaintiff Donatello

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| "DONATELLO," "JENNY," and WILLIAM L.E. DUSSAULT, Guardian ad Litem for "VIOLET," a minor,<br><br>Plaintiffs,<br><br>v.<br><br>IVAN GREENHUT, | Case No:   2:19-cv-2686-PA (GJSx)<br><br>ORDER REGARDING STIPULATION TO DISMISS LAWSUIT |

PROPOSED ORDER REGARDING STIPULATION TO DISMISS LAWSUIT - 1

| | |
|---|---|
| 1 | Defendant. |
| 2 | |

Based on the parties' stipulation dated April 29, 2020 for dismissal of this action, NOW THEREFORE, IT IS HEREBY ORDERED that

This matter is dismissed without prejudice.

Dated: April 29, 2020

_____
DISTRICT COURT JUDGE
PERCY ANDERSON